UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| TRANSPRO, INC., | ) | Case No.: 1:02 CV 2329 |
|  | ) |  |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| LEGGETT & PLATT, INCORPORATED, | ) |  |
|  | ) |  |
| Defendant | ) | JUDGMENT ENTRY |

The court, having rendered its findings of fact and conclusions of law by a separate order of this same date, after trying the within case between November 29 and December 1, 2006, hereby enters judgment accordingly against Plaintiff, TransPro, Inc., and in favor of Defendant,  Leggett & Platt, Incorporated.

IT IS SO ORDERED.

*/S/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 16, 2007