IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TRANSPRO, INC., | ) CASE NO. 1:02 CV 2329 |
| Plaintiff, | ) JUDGE SOLOMON OLIVER, JR. |
| v. | ) AMENDED JUDGMENT ENTRY |
| LEGGETT & PLATT, INCORPORATED, | ) |
| Defendant-Counterclaimant. | ) |

The Court has rendered it's Findings of Fact and Conclusions of Law by separate order dated July 16, 2007, after trying the within case between November 29, and December 1, 2006. In accordance therewith, and based on the parties' Joint Motion, the Court hereby enters judgment against Plaintiff, TransPro, Inc. ("TransPro"), and in favor of Defendant Leggett & Platt, Incorporated, ("Leggett"), as follows:

- The Court awards Leggett judgment in the amount of $129,661.69;

- The Court awards Leggett prejudgment interest in the additional amount of $29,188.85 through September 4, 2007, plus an additional $27.94 in prejudgment interest for each day between September 4, 2007 and the date of this Judgment Entry; and

- TransPro shall be liable and shall reimburse Leggett for all payments made after November 10, 2006, related to Evelyn Buchanan, Alberta Livingston, and Gary Simmerman.

IT IS SO ORDERED.

| | |
|---|---|
| September 21, 2007 | /s/SOLOMON OLIVER, JR. |
| Date | SOLOMON OLIVER, JR.<br>UNITED STATES DISTRICT JUDGE |

{K0366540.1}